BRUSBERG, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Sydney M. Eisenberg,* attorney, and *Poss, Toelle & Schuler* of counsel, all of Milwaukee.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Everbrite Electric Sign Company and American Mutual Liability Insurance Company: *Charles H. Gorman* of Milwaukee.

*By the Court.*—Judgment affirmed.